**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Michael John Hiscano                                  Case No. 19-22364-RAM
                                                                              Chapter 13


                              Debtor
_____/

**CERTIFICATE OF SERVICE**

I certify that a true copy of Notice of Substitution of Debtor's Counsel within Same Firm [DE 40],

dated March 20, 2020, was served as follows:

**_On March 20, 2020, by electronic notification to the following_**:

Jessica A Hicks on behalf of Creditor Forethought Life Insurance Company
bankruptcynotices@kasslaw.com, jhicks@ecf.courtdrive.com

Nicole M Noel on behalf of Creditor Forethought Life Insurance Company
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**_and on March 20, 2020, by U.S. Mail to the following_**:

Synchrony Bankc/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Capital One Bank (USA), N.A.
American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Forethought Life Insurance Company
c/o Jessica Hicks
PO Box 800
Tampa, FL 33601


DATED: March 20, 2020                          Respectfully submitted,

                                                              LEGAL SERVICES OF GREATER MIAMI, INC.
                                                              ____/s/ Mandy L. Mills_____

Mandy L. Mills, Esq., Attorney for Debtor
Fla. Bar No.:  0041654
Legal Services of Greater Miami, Inc.
4343 W. Flagler Street, Ste. 100
Miami, FL 33134
(T) & (F):  (305) 438-2437
MMills@LegalServicesMiami.org