**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: MICHAEL JOHN HISCANO                    Case No: 19-22364-RAM
                                                Chapter 13

_____Debtor_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

   ☐ The debtor has filed an objection to the proof of claim filed by _____.

   ⊗ The debtor has filed a 3rd amended plan or modified plan to provide for the proof of claims filed by Claim # 1: Capital One Bank (USA), N.A., Claim # 2: Department of the Treasury – Internal Revenue Service, and Claim # 3: Forethought Life Insurance Company.

   ☐ Other: _____
   _____
   _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on September 8, 2020.

                                    Submitted by: /s/ Mandy L. Mills
                                    Mandy L. Mills
                                    FBN: 41654
                                    Legal Services of Greater Miami, Inc.
                                    4343 West Flagler Street, Ste. 100
                                    Miami, FL 33134
                                    T&F: (305) 438-2437
                                    MMills@LegalServicesMiami.org

LF-76 (rev. 12/01/09)